# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY RICARD | CIVIL ACTION NO. 17-1580 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LONNIE NAIL, ET AL. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after a *de novo* review of the record, including the objections to the Report and Recommendation, and determining that the findings are correct under the applicable law,

IT IS ORDERED that Plaintiff's motion for a temporary restraining order, preliminary injunction, and protective order [Doc No. 8] is DENIED.

MONROE, LOUISIANA, this 21ST day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE