UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY RICARD #511078 | CIVIL ACTION NO. 17-cv-1580 |
| VERSUS | JUDGE DOUGHTY |
| LONNIE NAIL ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having conducted a *de novo* review of the entire record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 65) is **DENIED.**

MONROE, LOUISIANA, this 26th day of February, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE